# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 16, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162877(16)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LONNIE RICHARD MANNING,
      Defendant-Appellant.
_____/

SC: 162877
COA: 355282
Jackson CC: 09-006140-FC

On order of the Chief Justice, the motion of defendant-appellant to waive filing fees is GRANTED as to this case only.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 16, 2021



Clerk